Healthway Medical Care, P.C., as Assignee of Juan Arias, Appellant, 
against
Infinity Group, Respondent.



Appeal from an order of the Civil Court of the City of New York, Queens County (Jodi Orlow, J.), entered February 5, 2015. The order denied plaintiff's motion for summary judgment and granted defendant's cross motion for summary judgment dismissing the complaint.




ORDERED that the order is modified by providing that defendant's cross motion for summary judgment dismissing the complaint is denied; as so modified, the order is affirmed, without costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff moved for summary judgment, and defendant cross-moved for summary judgment dismissing the complaint on the ground that, upon the application of Pennsylvania law, plaintiff was ineligible for reimbursement of no-fault benefits because the Pennsylvania commercial automobile insurance policy at issue in the case at bar had been rescinded, ab initio, due to misrepresentations the policyholder had made on his insurance application. By order entered February 5, 2015, the Civil Court denied plaintiff's motion and granted defendant's cross motion.
For the reasons stated in Healthway Med. Care, P.C., as assignee of Eusebia Arias v Infinity Group ( Misc 3d, 2016 NY Slip Op [appeal No. 2015- 524 Q C], decided herewith), as defendant's submissions did not conclusively establish that plaintiff's assignor (the driver of the vehicle) was anything other than an innocent third-party, the order is modified by providing that defendant's cross motion for summary judgment dismissing the complaint is denied. 
Aliotta, J.P., Pesce and Solomon, JJ., concur.
Decision Date: December 07, 2016